TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
KAYCI G. HINES
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 616-8789
Email: Kayci.Hines@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA, | ) | Civil No. 2:24-cv-00069-RSB-CLR |
|---|---|---|
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| COLONIAL OIL INDUSTRIES, INC. | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I certify that I electronically filed the (a) Complaint for Injunctive Relief and Civil Penalties Under the Clean Air Act, (b) Consent Decree, and (c) Notice of Lodging Consent Decree (No Action Required) with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to all attorneys of record. Defendant Colonial Oil Industries, Inc. agreed to accept service of process by mail and to waive the formal service requirements set forth in Rules 4 and 5 of the Federal Rules of Civil Procedure and any

applicable Local Rules of this Court including, but not limited to, service of a summons.  Due to this agreement, the filings have also been sent by electronic mail and U.S. Mail to counsel for Colonial at the below addresses:

Jonathan S. Martel
Jonathan.Martel@arnoldporter.com
Sarah C.G. Grey
Sarah.Grey@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001-3743

Date: 04/10/2024

                              FOR THE UNITED STATES OF AMERICA

                              */s/ Kayci G. Hines*
                              KAYCI G. HINES
                              Trial Attorney
                              Environmental Enforcement Section
                              United States Department of Justice
                              P.O. Box 7611
                              Washington, D.C. 20044
                              Telephone: (202) 616-8789
                              Email:  Kayci.Hines@usdoj.gov