# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

## John E. Triplett Clerk of Court

| Augusta | Brunswick | Savannah |
|---|---|---|
| (912)-650-4020 | (912)-650-4020 | (912)-650-4020 |
| P.O. Box 1130 | P.O. Box 1636 | P.O. Box 8286 |
| Augusta, Georgia 30903 | Brunswick, Georgia 31521 | Savannah, Georgia 31412 |

## NOTICE of FILING DEFICIENCY

To: Kayci Hines, Bradford Collins Patrick      Date: 4/10/2024
Case: 4:24-CV-69                                Party: United States of America

Your pleading, __#3 Notice_____,

was filed on __04/10/24__, but remains deficient in the area(s) checked below:

[ x ] No actions required (Informative Only)      or      [ ▢ ] Corrective Actions Required

    ▢ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)

    ▢ 2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.

    ▢ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)

    ▢ 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)

    ▢ 5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.

    ▢ 6. Motion is not in compliance with Local Rules.
        ▢ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
        ▢ b. No good faith document was submitted. (L.R. 26.5)
        ▢ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
        ▢ d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)

    ▢ 7. For Judge Baker or Wood cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.

    ▢ 8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.

☒ 9. Other:

    Notice was signed by one attorney and e-filed by another attorney. Documents should be e-filed by the attorney that signs the document.

If action is required, after 14 days of noncompliance a notice will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: __Tara H. Burton (706) 849-4407__

Deputy Clerk